**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Columbia Hospitality Services, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **80-0934095** | |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1803 Sun Valley Dr., Ste. C**<br>**Jefferson City, MO 65109**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cole**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | _____ |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Columbia Hospitality Services, LLC** _____   Case number (if known) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

District **Western District of Missouri**   When **7/17/15**   Case number **15-20685-drd-11**
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

| Debtor | **Columbia Hospitality Services, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Columbia Hospitality Services, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April  4, 2016**
                MM / DD / YYYY

**X  /s/ George Pate**                                    **George Pate**
Signature of authorized representative of debtor          Printed name

Title    **President/Secretary**

---

| 18. Signature of attorney | **X  /s/ Gwen Froeschner Hart**                     Date  **April  4, 2016** |
|---|---|

Signature of attorney for debtor                           MM / DD / YYYY

**Gwen Froeschner Hart**
Printed name

**Shurtleff Froeschner Harris**
Firm name

**25 N Ninth St**
**Columbia, MO 65202-4845**
Number, Street, City, State & ZIP Code

Contact phone   **573-449-3874**        Email address   **gwenf@tranquility.net; lindah@tranquility.net**

**29245**
Bar number and State

# State of Missouri



Jason Kander
Secretary of State

## CERTIFICATE OF ORGANIZATION

WHEREAS,

*COLUMBIA HOSPITALITY SERVICES, LLC*
*LC1299791*

filed its Articles of Organization with this office on the March 18, 2013, and that filing was found to conform to the Missouri Limited Liability Company Act.

NOW, THEREFORE, I, JASON KANDER, Secretary of State of the State of Missouri, do by virtue of the authority vested in me by law, do certify and declare that on the March 18, 2013, the above entity is a Limited Liability Company, organized in this state and entitled to any rights granted to Limited Liability Companies.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this March 18, 2013.



Secretary of State

# STATE OF MISSOURI



Jason Kander
Secretary of State

## CORPORATION DIVISION
## CERTIFICATE OF GOOD STANDING

I, JASON KANDER, Secretary of the State of Missouri, do hereby certify that the records in my office and in my care and custody reveal that

COLUMBIA HOSPITALITY SERVICES, LLC
LC1299791

was created under the laws of this State on the 18th day of March, 2013, and is in good standing, having fully complied with all requirements of this office.

IN TESTIMONY WHEREOF, I have set my hand and imprinted the GREAT SEAL of the State of Missouri, on this, the 18th day of March, 2013

Secretary of State

Certification Number: 15271901-1    Reference:
Verify this certificate online at https://www.sos.mo.gov/businessentity/soskb/verify.asp

**State of Missouri**
Jason Kander, Secretary of State

File Number: 201307761585
LC1299781
Date Filed: 03/18/2013
Jason Kander
Secretary of State

# Articles of Organization

1. The name of the limited liability company is:

COLUMBIA HOSPITALITY SERVICES,LLC

2. The purpose(s) for which the limited liability company is organized:

TO  BUY,BUILD,SELL,OPERATE,MANAGE HOTELS AND RELATED ACTIVITES

The transaction of any lawful business for which a limited liability company may be organized under the
Missouri Limited Liability Company Act, Chapter 347 RSMo.

3. The name and address of the limited liability company's registered agent in Missouri is:

GEORGE PATE                    1803 SUN VALLEY DR. SUITE C, JEFFERSON CITY MO 65109
Name                                      Address

4. The management of the limited liability company is:    [X] Manager    [ ] Member

5. The duration (period of existence) for this limited liability company is:

Perpetual

6. The name(s) and street address(es) of each organizer:

GEORGE PATE, 1803 SUN VALLEY DR. SUITE C, JEFFERSON CITY MO 65109

7. The effective date of this document is:

03/18/2013

In Affirmation thereof, the facts stated above are true and correct:
    (The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo.)

GEORGE PATE
(Organizer Name)

# LLC Operating Agreement for Single-Member LLC

## 1. Names

This operating agreement is made by Columbia Hospitality services, LLC, a Missouri limited liability company (Company), and George pate (Member).

## 2. Formation

The Company has been formed under the Missouri statute authorizing the formation of limited liability companies. The purpose of the Company is stated in the articles of organization.

## 3. Offices

The Company will have one or more offices at places the Member designates. The initial registered office of the Company is located at:

1803 sun valley dr Suite C

Jefferson city, Missouri 65109

and the Member is the resident agent.

## 4. Management

The Member has the right to manage the Company's business. The Member may delegate to another person the authority to perform specified acts on behalf of the Company.

## 5. Capital Contributions

The Member will contribute $5,000, and the following property to the Company:

- office equipments, filing cabinets, copy machine, fax machines.

This property is contributed in exchange for the Member's interest in the Company. The

Member will not be paid interest on this capital contribution.

## 6. Taxes

For federal tax purposes, the Company will be taxed as a corporation.

## 7. Funds

The Member will determine the financial institution that will hold Company funds and will determine the authorized signatures on Company accounts.

## 8. Additional Members

The Company may admit one or more additional members upon such terms as are determined by the Company and the Member. If new members are admitted, the articles of organization and the operating agreement will be appropriately amended.

## 9. Distributions

The Member will determine when and how cash and other assets of the Company will be distributed.

Columbia Hospitality services, LLC

a Missouri limited liability company

Dated: _____ 3 / 1 8 / 13 _____

By: _____

George pate, Sole Member

1803 sun valley dr

Jefferson city, Missouri 65109

LLC Operating Agreement — Page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Missouri

| In re | **Columbia Hospitality Services, LLC** | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | *$200 PER HOUR* |
    | Prior to the filing of this statement I have received | $ | *$10,000 Deposit* |
    | Balance Due | $ | *TO BE DETERMINED* |

2.  The source of the compensation paid to me was:

    ■ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April 4, 2016** | /s/ Gwen Froeschner Hart |
| *Date* | **Gwen Froeschner Hart** |
| | *Signature of Attorney* |
| | **Shurtleff Froeschner Harris** |
| | **25 N Ninth St** |
| | **Columbia, MO 65202-4845** |
| | **573-449-3874  Fax: 573-875-5055** |
| | gwenf@tranquility.net; lindah@tranquility.net |
| | *Name of law firm* |

---

A-1 Container
1495 Old US Highway 40
Columbia MO 65202


American Family Insurance
6000 American Parkway
Madison WI 53783


Boone County Collector
801 E. Walnut, Rm 118
Columbia MO 65201


George Pate
1803 Sun Valley Dr., Ste. C
Jefferson City MO 65109


Global Equipment company
P.O. Box 905713
Charlotte NC 28290


Grand Oaks Heaing
82 Clairen Dr.
Foristell MO 63348


H.D. Supply Solutions
P.O. Box 509058
San Diego CA 92150


Hospitality Sign Co.
c/o gusdrof Law Firm
9666 Olive Blovd.
Saint Louis MO 63102


Jayesh Mahta
P.O. Box 104922
Jefferson City MO 65109


Koonse Glass
300 North Tenth St.
Columbia MO 65201


Nina's Hospitality
14901 S. Blackfoot Ct.
Olathe KS 66062

Pankaj Patel
P.O. Box 104922
Jefferson City MO 65109


Pate Development, Inc.
821 Estes Park Dr.
TX 76920


Private Capital Group, Inc.
160 West Canyon Crest Road
Alpine UT 84004


Promaxima Manufacturing, LTd
5310 Ashbrook
Houston TX 77081


Relax Investmentments, Inc.
1803 Sun Valley Dr., Se. C
Jefferson City MO 65109


Relax Investments, Inc.
1803 Sun Valley Dr., Ste. C
Jefferson City MO 65109


Schaben Plastering
6694 Highway P
Westphalia MO 65085


Synergy Fire Sprinkler Protection
P.O. Box 7057
Columbia MO 65202

# United States Bankruptcy Court
## Western District of Missouri

In re   __Columbia Hospitality Services, LLC__                                       Case No.   _____
                                    Debtor(s)                                        Chapter   __11__   _____

## <u>VERIFICATION OF MAILING MATRIX</u>

The above-named Debtor(s) hereby verifies that the attached list of creditors is

true and correct to the best of my knowledge and includes the name and address of my

ex-spouse (if any).

Date:   __April 4, 2016__                              /s/ George Pate
                                                       **George Pate/President/Secretary**
                                                       Signer/Title

**Fill in this information to identify the case:**

Debtor name   **Columbia Hospitality Services, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 4, 2016**          X /s/ George Pate
                                          Signature of individual signing on behalf of debtor

                                          **George Pate**
                                          Printed name

                                          **President/Secretary**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Columbia Hospitality Services, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A-1 Container 1495 Old US Highway 40 Columbia, MO 65202 | | Trash container | | | | $2,191.77 |
| American Family Insurance 6000 American Parkway Madison, WI 53783 | | Insruance | | | | $15,705.00 |
| Boone County Collector 801 E. Walnut, Rm 118 Columbia, MO 65201 | | Real Estate Tax 2013 - $74,245.05 2014 - $64,546.52 2015 - $52,647.99 | | | | $191,437.56 |
| Global Equipment company P.O. Box 905713 Charlotte, NC 28290 | | Equipment purchase | | | | $2,568.46 |
| Grand Oaks Heaing 82 Clairen Dr. Foristell, MO 63348 | | HVAC | | | | $9,560.00 |
| H.D. Supply Solutions P.O. Box 509058 San Diego, CA 92150 | | Purchase of supplies | | | | $28,000.00 |
| Hospitality Sign Co. c/o gusdrof Law Firm 9666 Olive Blovd. Saint Louis, MO 63102 | | Indoor sign | | | | $2,292.95 |
| Koonse Glass 300 North Tenth St. Columbia, MO 65201 | | Window and doors | | | | $7,624.46 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                              Best Case Bankruptcy

Debtor   **Columbia Hospitality Services, LLC**                    Case number *(if known)* _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pate Development, Inc. 821 Estes Park Dr. TX 76920 | | Insider Loans | | | | $5,000.00 |
| Private Capital Group, Inc. 160 West Canyon Crest Road Alpine, UT 84004 | | 2904 Clark Lane and other hotel assets | | $9,357,016.65 | $2,500,000.00 | $6,857,016.65 |
| Promaxima Manufacturing, LTd 5310 Ashbrook Houston, TX 77081 | | PUrhcase of exercise equipment | | | | $6,809.22 |
| Relax Investments, Inc. 1803 Sun Valley Dr., Ste. C Jefferson City, MO 65109 | | Insider Loans | | | | $80,000.00 |

# United States Bankruptcy Court
## Western District of Missouri

In re    **Columbia Hospitality Services, LLC**                                            Case No.
                                   Debtor(s)                          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| George Pate<br>1803 Sun Valley Dr., Ste. C<br>Jefferson City, MO 65109 | | | *100% Limited Liability Company* |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/Secretary** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 4, 2016**                    Signature    **/s/ George Pate**
                                                          **George Pate**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Columbia Hospitality Services, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................. $      2,500,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................... $      9,391,700.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................. $    11,891,700.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $      9,366,917.38

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................. $      191,437.56

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$      159,751.86

4.  **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b                                                                              $      9,718,106.80

| Fill in this information to identify the case: |
| --- |

| Debtor name | **Columbia Hospitality Services, LLC** |
| --- | --- |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | Cash on hand | | $200.00 |

| 3. | Checking, savings, money market, or financial brokerage accounts *(Identify all)* | | |
| --- | --- | --- | --- |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | United Missouri Bank | Checking | $7,965.37 |

| 4. | Other cash equivalents *(Identify all)* | | |
| --- | --- | --- | --- |

| 5. | Total of Part 1. | | $8,165.37 |
| --- | --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

| 11. | Accounts receivable |
| --- | --- |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Columbia Hospitality Services, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 1,307.21 | - | 0.00 | = .... | $1,307.21 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | Total of Part 3. | $1,307.21 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

### Part 4:   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies See attached | | $0.00 | | $500.00 |

| 23. | Total of Part 5. | $500.00 |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

24. Is any of the property listed in Part 5 perishable?
■ No
☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
■ No
☐ Yes

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor   **Columbia Hospitality Services, LLC**                          Case number *(if known)* _____
          Name

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See attached | $939,150.00 | Liquidation | $939,150.00 |

**51.  Total of Part 8.**                                                            $939,150.00
     Add lines 47 through 50.  Copy the total to line 87.

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1.** **2904 Clark Lane, columbia, MO  65202 - Best Western Hotel** | Fee simple | $2,500,000.00 | Liquidation | $2,500,000.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                           page 3

## Attachment to Schedule B, paragraph 29

**Inventory and Fixtures**

| | |
|---|---:|
| Phone system and wiring | $ 20,000.00 |
| Laundry equipment | 15,000.00 |
| Heating and cooling system/equipment | 20,000.00 |
| Carpet | 80,000.00 |
| Permanent fixtures | 40,000.00 |
| Permanent appliances | 10,000.00 |
| Bathroom fixtures | 20,000.00 |
| Permanent art | 12,000.00 |
| Permanent headboards | 16,000.00 |
| Front desk | 10,000.00 |
| Swimming pool and filter system | 20,000.00 |
| Breakfast area counters/cupboards | 30,000.00 |
| Signs on walls internal | 4,000.00 |
| Exit signs | 4,400.00 |
| Fire extinguishing equipment | 600.00 |
| Wallpaper | 8,000.00 |
| All hard wired lighting | 4,000.00 |
| Exterior lighting attached to building | 16,000.00 |
| Guest laundry equipment | 1,200.00 |
| Room telephones | 4,000.00 |
| Bedding | 16,000.00 |
| Alarm Clocks | 1,600.00 |
| Irons and ironing boards | 1,350.00 |
| Room furniture | 380,000.00 |
| Curtains/drapes | 32,000.00 |
| Computers | 1,000.00 |
| Office furniture/equipment | 1,600.00 |
| Breakfast area furniture | 8,000.00 |
| Dressers/night stands | 32,000.00 |
| Television stands | 36,000.00 |
| Shower curtains | 1,200.00 |
| Bathroom linens | 10,000.00 |
| Housekeeping equipment | 16,000.00 |
| Swimming pool furniture | 2,800.00 |
| Workout equipment | 8,800.00 |
| Room refrigerators | 8,000.00 |
| Lobby furniture | 2,200.00 |
| Blinds/Curtains | 400.00 |
| | $ 939,150.00 |

Debtor    **Columbia Hospitality Services, LLC**                    Case number *(If known)* _____
          Name

| 56. | Total of Part 9. | $2,500,000.00 |
|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    __Columbia Hospitality Services, LLC__    Case number *(If known)* _____
              Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,165.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,307.21 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $939,150.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $2,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $949,122.58 | + 91b. $2,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,449,122.58 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Columbia Hospitality Services, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

### 2.1   Jayesh Mahta
Creditor's Name

P.O. Box 104922
Jefferson City, MO 65109
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
2015
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Copy Machine

**Describe the lien**
Note and Security Agreement
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$600.00**   Value of collateral: **$600.00**

### 2.2   Pankaj Patel
Creditor's Name

P.O. Box 104922
Jefferson City, MO 65109
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
June, 2015
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

**Describe debtor's property that is subject to a lien**
Five office computers

**Describe the lien**
Note and Security Agreement
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$1,000.00**   Value of collateral: **$1,000.00**

Debtor   **Columbia Hospitality Services, LLC**                    Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative ☐ Unliquidated
priority.                                ☐ Disputed

---

| 2.3 | **Private Capital Group, Inc.** | Describe debtor's property that is subject to a lien | $9,357,016.65 | $2,500,000.00 |

Creditor's Name

**160 West Canyon Crest Road**
**Alpine, UT 84004**
Creditor's mailing address

**2904 Clark Lane and other hotel assets**

Describe the lien
**1st DOT**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8-22-13**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Relax Investments, Inc.** | Describe debtor's property that is subject to a lien | $1,000.00 | $1,000.00 |

Creditor's Name

**1803 Sun Valley Dr., Se. C**
**Jefferson City, MO 65109**
Creditor's mailing address

**Maintenance equipment**

Describe the lien
**Note and security agreement**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**7-15**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $9,359,616.65 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Debtor    **Columbia Hospitality Services, LLC**                              Case number (if known) _____
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Columbia Hospitality Services, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Boone County Collector**<br>**801 E. Walnut, Rm 118**<br>**Columbia, MO 65201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $209,851.90 | $209,851.90 |
| | Date or dates debt was incurred<br><br><br>**2013, 2014, 2015** | Basis for the claim:<br>**Real Estate Tax**<br>**2013 - $79,932.26**<br>**2014 - $70,206.32**<br>**2015 - $59,713.32** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**A-1 Container**<br>**1495 Old US Highway 40**<br>**Columbia, MO 65202**<br>Date(s) debt was incurred  **2015**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Trash container**<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,191.77 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**American Family Insurance**<br>**6000 American Parkway**<br>**Madison, WI 53783**<br>Date(s) debt was incurred  **2015**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Insurance**<br>Is the claim subject to offset? ■ No  ☐ Yes | $15,705.00 |

| Debtor | Columbia Hospitality Services, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.3** | Nonpriority creditor's name and mailing address
**Global Equipment company**
P.O. Box 905713
Charlotte, NC 28290

Date(s) debt was incurred _2015_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment purchase**

Is the claim subject to offset? ■ No  ☐ Yes

$2,568.46

---

**3.4** | Nonpriority creditor's name and mailing address
**Grand Oaks Heaing**
82 Clairen Dr.
Foristell, MO 63348

Date(s) debt was incurred _2015_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC**

Is the claim subject to offset? ■ No  ☐ Yes

$9,560.00

---

**3.5** | Nonpriority creditor's name and mailing address
**H.D. Supply Solutions**
P.O. Box 509058
San Diego, CA 92150

Date(s) debt was incurred _2015_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$28,000.00

---

**3.6** | Nonpriority creditor's name and mailing address
**Hospitality Sign Co.**
c/o Gusdrof Law Firm
9666 Olive Blvd.
Saint Louis, MO 63102

Date(s) debt was incurred _2015_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Indoor sign**

Is the claim subject to offset? ■ No  ☐ Yes

$2,292.95

---

**3.7** | Nonpriority creditor's name and mailing address
**Koonse Glass**
300 North Tenth St.
Columbia, MO 65201

Date(s) debt was incurred _2015_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Window and doors**

Is the claim subject to offset? ■ No  ☐ Yes

$7,624.46

---

**3.8** | Nonpriority creditor's name and mailing address
**Nina's Hospitality**
14901 S. Blackfoot Ct.
Olathe, KS 66062

Date(s) debt was incurred _2015_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Lobby furniture**

Is the claim subject to offset? ■ No  ☐ Yes

$1,800.73

---

**3.9** | Nonpriority creditor's name and mailing address
**Pate Development, Inc.**
821 Estes Park Dr.
 TX 76920

Date(s) debt was incurred _2015_
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insider Loans**

Is the claim subject to offset? ■ No  ☐ Yes

$5,000.00

---

Debtor   **Columbia Hospitality Services, LLC**                                  Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*  **$6,809.22** |

| 3.10 | **Promaxima Manufacturing, LTd**<br>5310 Ashbrook<br>Houston, TX 77081 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|
| | Date(s) debt was incurred **2015** | Basis for the claim:  **Purhcase of exercise equipment** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*  **$80,000.00** |
|---|---|---|
| | **Relax Investments, Inc.**<br>1803 Sun Valley Dr., Ste. C<br>Jefferson City, MO 65109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2015** | Basis for the claim:  **Insider Loans** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*  **$3,000.00** |
|---|---|---|
| | **Schaben Plastering**<br>6694 Highway P<br>Westphalia, MO 65085 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2015** | Basis for the claim:  **Drywall and stucco work** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*  **$2,500.00** |
|---|---|---|
| | **Synergy Fire Sprinkler Protection**<br>P.O. Box 7057<br>Columbia, MO 65202 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred **2015** | Basis for the claim:  **Fire Protection work** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **209,851.90** |
| 5b. Total claims from Part 2 | 5b. + | $ **167,052.59** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ **376,904.49** |

Fill in this information to identify the case:

Debtor name **Columbia Hospitality Services, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

| Fill in this information to identify the case: |
| --- |

Debtor name **Columbia Hospitality Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MISSOURI**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
| --- | --- | --- | --- | --- |
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Country Music Investments, Inc. | c/o George Pate 1803 Sun Valley Dr., Ste. C Jefferson City, MO 65109 | Private Capital Group, Inc. | ■ D  __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.2 | George Pate | 1803 Sun Valley Dr., Ste. C Jefferson City, MO 65109 | Private Capital Group, Inc. | ■ D  __2.3__ ☐ E/F ____ ☐ G ____ |

---

Fill in this information to identify the case:

Debtor name **Columbia Hospitality Services, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MISSOURI**

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2016** to **Filing Date** | ■ Operating a business | $124,774.81 |
|  | ☐ Other _____ |  |
| **For prior year:** From  **1/01/2015** to **12/31/2015** | ■ Operating a business | $52,997.70 |
|  | ☐ Other _____ |  |
| **For year before that:** From  **1/01/2014** to **12/31/2014** | ■ Operating a business | $0.00 |
|  | ☐ Other _____ |  |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

---

Debtor   **Columbia Hospitality Services, LLC**                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  Koonse Glass<br>300 North Tenth St.<br>Columbia, MO 65201 | 1/15/16<br>$2,500<br>2/12/16<br>$2,500 | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  Promaxima<br>5310 ashlock<br>Houston, TX 77081 | 2/25/16<br>$2,000 | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Private Capital Group, Inc.<br>160 West Canyon Crest Road<br>Alpine, UT 84004 | Foreclosure pending of 2904 Clark Lane,<br>Columbia, MO  65202 | 4-5-16 | $2,500,000.00 |

**6.  Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

Debtor    __Columbia Hospitality Services, LLC_____    Case number (if known) _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Synergy Fire Sprinkler v. Clumbia Hospitality Services<br>15BA-MC01444 | Mechanics Lien filed 7-15-15 | Boone County Circuit Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Nina's Hospitality v. Columbia Hospitality Services<br>15BA-MC01442 | Mechanics Lien filed 7-15-15 | Boone County Circuit Court | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Schaben Plastering v. Columbia Hospitality Services<br>15BA-MC01446 | Mechanics Lien filed 7-15-15 | Boone County Circuit Court | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Koons Glass Company v. Columbia Hospitality Dervice<br>5BA-CV03336 | Suit on account | Boone County Circuit Court | ☐ Pending<br>☒ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets — Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **Columbia Hospitality Services, LLC** _____   Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Shurtleff Froeschner Harris, LLC** **25 North Ninth St.** **Columbia, MO 65201** | | 3/25/16 | $12,000.00 |
| Email or website address **gwenf@tranquility.net** | | | |
| Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

Debtor   **Columbia Hospitality Services, LLC** _____    Case number *(if known)* _____

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Regions Bank 2114 Paris Road Columbia, MO 65201 | XXXX- | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | Construction checking closed 5/15 $200; Operating checking closed 5/15 -0-; Payroll checking closed 5/15 -0- | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

Debtor    **Columbia Hospitality Services, LLC**                                    Case number *(if known)*   _____

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

  ■  No.
  ☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■  No.
  ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■  No.
  ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

  ☐  None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Columbia Hospitality<br>Services, LLC<br>1803 Sun Valley Dr., Ste. C<br>Columbia, MO 65202** | **Single Asset Hotel - Best Western<br>- owner and operators** | EIN:      4095<br><br>From-To   3/18/13 to date |

26. **Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐  None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1.  **George Pate<br>1803 Sun Valley Dr., Ste. C<br>Jefferson City, MO 65109** | | **3-18-13 to date** |

Debtor    __Columbia Hospitality Services, LLC_____    Case number *(if known)* _____ _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    George Pate<br>1803 Sun Valley Dr., Ste. C<br>Jefferson City, MO 65109 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| George Pate | 1803 Sun Valley Dr., Ste. C<br>Jefferson City, MO 65109 | President/Secretary | 100 percent |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Debtor   **Columbia Hospitality Services, LLC** _____   Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## Part 14:   Signature and Declaration

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 4, 2016** _____

**/s/ George Pate** _____          **George Pate** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President/Secretary** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Missouri

In re   **Columbia Hospitality Services, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Columbia Hospitality Services, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April  4, 2016

Date

/s/ Gwen Froeschner Hart

**Gwen Froeschner Hart**

Signature of Attorney or Litigant

Counsel for   **Columbia Hospitality Services, LLC**

**Shurtleff Froeschner Harris**

**25 N Ninth St**
**Columbia, MO 65202-4845**
**573-449-3874 Fax:573-875-5055**
**gwenf@tranquility.net; lindah@tranquility.net**